UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDON G. MIDKIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01962-TWP-MJD |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR APRIL 12, 2021**
**TELEPHONIC SETTLEMENT CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference.  Settlement was not achieved.

This matter is scheduled for a telephonic status conference on **Wednesday, August 18, 2021 at 11:00 a.m. (Eastern)** to discuss case status.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  12 APR 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.