**From:** G. John Cento cento@centolaw.com
**Subject:** Midkiff - Second Set of Discovery to Navient
**Date:** December 22, 2020 at 11:09 AM
**To:** Allen, Justin A. justin.allen@ogletree.com
**Cc:** Martin, Bonnie L. Bonnie.Martin@ogletreedeakins.com, Travis Cohron tcohron@clarkquinnlaw.com, Ashley Denny adenny@clarkquinnlaw.com, Sheri Hood 😂 sheri@centolaw.com

Justin:

Here is our second set of written discovery on Navient:

- [Midkiff - Second Set of Interrogatories to Navient (Final)](#)
- [Midkiff - Second Request for Production to Navient (Final)](#)

Let me know if you have any trouble downloading the files or if you would like to receive hard copies by mail.

We would also like to schedule the deposition of the author of the July 15th letter. Please identify that person and provide us with some available dates in January.

Thanks!

G

G Cento | Cento Law | centolaw.com

"What can be asserted without evidence can also be dismissed without evidence." - Hitch