UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRANDON G. MIDKIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01962-TWP-MJD |
| | ) | |
| NAVIENT SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER COMPELLING NONPARTY TO ATTEND AND TESTIFY AT RESUMED DEPOSITION

This matter is before the Court on Plaintiff's Unopposed Motion to Compel Nonparty to Attend and Testify at Resumed Deposition. [Dkt. 95.] The Court, being duly advised, hereby **GRANTS** the motion. **Justin Midkiff** shall appear for the continuation of his deposition and submit to further examination by counsel for Defendant and cross-examination by counsel for Plaintiff on **July 29, 2021, beginning at 10:00 a.m.**, as provided in the Notice of Deposition of Justin Midkiff and Subpoena to Testify at a Deposition in a Civil Action. Justin Midkiff's failure to comply with this Order shall result in Contempt of Court or other sanction deemed appropriate by this Court. Counsel for Plaintiff shall serve this Order, the Notice of Deposition of Justin Midkiff and the Subpoena to Testify at a Deposition in a Civil Action upon Justin Midkiff.

SO ORDERED.

Dated: 20 JUL 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.